# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEON ALEX LEE, JR.,**

                **Plaintiff,**

**-vs-**                                                    **Case No. 6:07-cv-545-Orl-31KRS**

**ORANGE COUNTY SHERIFF'S DEPARTMENT and STATE OF FLORIDA,**

                **Defendants.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint (Doc. No. 1) and his Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) both filed March 28, 2007.

On May 9, 2007, the United States Magistrate Judge issued a report (Doc. No. 8) recommending that the motion be denied and that the Complaint be dismissed with leave for Plaintiff to re-file. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Leave to Proceed *In Forma Pauperis* is **DENIED**.

3. The Complaint is **DISMISSED** without prejudice and the Plaintiff has 11 days from the date of this order to file his Amended Complaint consistent with the Report and Recommendation. Failure to do so will result in this case being dismissed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 29th day of May, 2007.

Copies furnished to:

Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE